**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| B. BRAD AND MONICA MASON TIC, DIANA K. HAMILTON, and JOHN F. CARDARELLI, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 3:23-cv-1785 |
| JONATHAN M. LARMORE, MICHELLE A. LARMORE, MARSHA M. LARMORE, BLAINE D. RICE, ANDREA THOMPSON, KEVIN L. GULBRANSON, ROBERT F. CROOK, ARCITERRA STRATEGIC INCOME CORPORATION – BELLEVILLE CROSSING, IL, and ARCITERRA COMPANIES, LLC, | ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'**
**SHAREHOLDER DERIVATIVE COMPLAINT**

Defendants Jonathan Larmore, Michelle Larmore, Marcia Larmore, Blaine Rice, Andrea Thompson, Kevin Gulbranson, Robert Crook (collectively, "Individual Defendants"), Arciterra Strategic Income Corporation – Belleville Crossing, IL ("Arciterra Belleville"), and Arciterra Companies, LLC ("Arciterra Companies"), by and through their counsel and pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(6), and 23.1, move to dismiss Plaintiffs' Complaint in its entirety and with prejudice for lack of personal jurisdiction, for failure to state a claim upon which relief may be granted, and for failure to make a demand on Arciterra Belleville's Board of Directors prior to filing the instant shareholder derivative suit. In support of its Motion, Defendants state as follows:

1.     Plaintiffs' Complaint purports to state claims for Negligence, Breach of Fiduciary Duty, and Conversion.

2.      Plaintiffs' Complaint must be dismissed for lack of personal jurisdiction because it does not allege any facts that show Arciterra Companies or the Individual Defendants have sufficient minimum contacts to the State of Illinois. *See Walden v. Fiore*, 571 U.S. 277 (2014); *Goodyear Dunlop Tires Operations v. Brown*, 564 U.S. 915 (2011); *Burger King Corp. v. Rudzewicz*, 471 U.S. 462 (1985); *Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770, 781 n.13 (1984); *World-Wide Volkswagen Corp. v. Woodson*, 444 U.S. 286 (1980); *Int'l Shoe Co. v. Washington*, 326 U.S. 310 (1945); *RAR Inc. v. Turner Diesel, Ltd.*, 107 F.3d 1272 (7th Cir. 1997); *Rice v. Nova Biomedical Corp.*, 38 F.3d 909, 912 (7th Cir. 1994); *Spitler v. Cmty. Health Sys.*, No. 15-cv-06-SMY-DGW, 2015 U.S. Dist. LEXIS 50319, at *4 (S.D. Ill. Apr. 16, 2015); *Bryant v. QuiBids LLC*, No. 11-cv-1013, 2012 U.S. Dist. LEXIS 14658, at *12 (N.D. Ill. Feb. 3, 2012).

3.      In addition, Plaintiffs' Complaint must be dismissed because Plaintiffs have failed to comply with Rule 23.1's "demand requirement". *See Kamen v. Kemper Fin. Servs., Inc.*, 500 U.S. 90, 101 (1991); *Starrels v. First Nat'l Bank of Chicago*, 870 F.2d 1168 (7th Cir. 1989) *Werbenowsky v. Collomb*, 766 A.2d 123, 133 (Md. 2001).

4.      Finally, Plaintiffs' Complaint must be dismissed for failure to state a claim upon which relief may be granted because it relies on impermissible group pleading which fails to alert each Defendant of the allegations against it. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Virnich v. Vorwald*, 664 F.3d 206, 212 (7th Cir. 2011); *Bank of Am., N.A. v. Knight*, 725 F.3d 815, 818 (7th Cir. 2013); *Swanson v. Citibank, N.A.*, 614 F.3d 400 (7th Cir. 2010); *Thomas-Wise v. Nat'l City Mortg. Co.*, No. 14-C-3460, 2015 U.S. Dist. LEXIS 17870, at *4 (N.D. Ill. Feb. 13, 2015).

5.      Defendants have contemporaneously filed a Brief in Support of this Motion to Dismiss which is fully incorporated herein by reference.

WHEREFORE, Defendants Jonathan Larmore, Michelle Larmore, Marcia Larmore, Blaine Rice, Andrea Thompson, Kevin Gulbranson, Robert Crook, Arciterra Strategic Income Corporation – Belleville Crossing, IL, and Arciterra Companies, LLC request that this Court dismiss Plaintiffs' Complaint for lack of personal jurisdiction, for failure to state a claim upon which relief may be granted, and for failure to make a demand on Arciterra Belleville's Board of Directors prior to filing the instant shareholder derivative suit.

Date:   August 21, 2023

Respectfully submitted,

 /s/ Michael J. Kelly
Michael J. Kelly
Illinois ID #3128055
Porter Wright Morris & Arthur LLP
321 N. Clark, Ste. 400
Chicago, IL 60654
Phone: (312) 756-8500
Fax: (312) 444-9287
mjkelly@porterwright.com

**Lead Counsel for Defendants**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2023, I electronically filed the foregoing Defendants'

Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will provide

notice to the following attorney of record:

Mark E. Maddox (11252-49)
Maddox Hargett & Caruso, P.C.
10150 Lantern Road
Suite 175
Fishers, IN 46037
Phone: (317) 598-2040
mmadox@mhclaw.com
***Attorney for Plaintiffs***

*/s/ Michael J Kelly*

Michael J Kelly, *Lead Counsel for Defendants*