# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| B. BRAD AND MONICA MASON TIC, DIANA K. HAMILTON and JOHN F. CARDARELLI,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>JONATHAN M. LARMORE, MICHELLE A. LARMORE, MARSHA M. LARMORE, BLAINE D. RICE, ANDREA THOMPSON, KEVIN L. GULBRANSON, ROBERT F. CROOK, ARCITERRA STRATEGIC INCOME CORPORATION – BELLEVILLE CROSSING IL, and ARCITERRA COMPANIES LLC,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)   CASE NO.  3:23-cv-01785-DWD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

　　　PLEASE TAKE NOTICE that Plaintiffs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action without prejudice.

Dated: October 2, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Maddox
　　　　　　　　　　　　　　　　　　　　　　　Mark E. Maddox (6273388)
　　　　　　　　　　　　　　　　　　　　　　　Maddox Hargett & Caruso, P.C.
　　　　　　　　　　　　　　　　　　　　　　　10150 Lantern Road
　　　　　　　　　　　　　　　　　　　　　　　Suite 175
　　　　　　　　　　　　　　　　　　　　　　　Fishers, IN 46037
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (317) 598-2040
　　　　　　　　　　　　　　　　　　　　　　　Email:  mmaddox@mhclaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October, 2023, a copy of the foregoing was filed electronically pursuant to the Court's Electronic Case Filing System. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

/s/ Mark E. Maddox
Mark E. Maddox (6273388)
MADDOX HARGETT & CARUSO, P.C.
10150 Lantern Road
Suite 175
Fishers, IN 46037
Telephone: (317) 598-2040
Email: mmaddox@mhclaw.com

*Attorney for Plaintiffs*